# No. 25-___

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

In re DIAVION DE NIRO, individually and on behalf of all others similarly situated,

*Petitioner*,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA,

*Respondent*,

and

ARISE VIRTUAL SOLUTIONS, INC.,

*Real Party in Interest*.

**On Petition for a Writ of Mandamus to the United States District Court for the District of Nevada (No. 2:24-cv-00695-APG-EJY)**

**PETITIONER'S EXCERPTS OF RECORD INDEX VOLUME**

Shannon Liss-Riordan
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com

*Counsel for Petitioner*

| ECF No. | Filing Date | Description | ER No. |
|---|---|---|---|
| | | **Volume 1 of 1** | |
| 68 | 7/29/2025 | Order Denying Plaintiff's Motion to Certify Order for Interlocutory Appeal | 002–005 |
| 60 | 11/20/2024 | Order (1) Granting Motion to Compel Arbitration and Stay Proceedings, (2) Denying Motion for Conditional Certification, (3) Denying Request for Pretrial Conference, (4) Denying Motion for Leave to Supplement, and (5) Ordering Parties to Meet and Confer | 006–022 |